UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        S1 25cr484-19(DLC)
                                          :
        -v-                               :              ORDER
                                          :
BLAKE TANNENBAUM,                         :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

        IT IS HEREBY ORDERED that a change of plea is scheduled

for **July 2, 2026 at 11:00 AM** in Courtroom 18B, 500 Pearl

Street, New York, New York.

Dated:    New York, New York
          June 29, 2026

                              _____
                                     DENISE COTE
                              United States District Judge