**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
---
TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

September 14, 2026

Denied.
Denise Cote
9/15/26

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *USA v Blake Tannenbaum,* 25 Cr. 484 (DLC)

Your Honor:

I represent Blake Tannenbaum in the referenced case and write to request that his sentencing, currently scheduled for October 2, 2026, be postponed approximately two weeks (or at any other later date convenient to this Court). There are two reasons for this request. First, we are still in the process of obtaining letters of support. Second, the disclosure date for the final version of the pre-sentence investigation report is September 23, 2026, which falls five days after the current due date for the defense sentencing submission. Thus, a brief adjournment will allow us to review the final PSR and obtain additional letters prior to submitting our sentencing memorandum.

The government consents to this application.

Respectfully submitted,

/s/
James E. Neuman